4866/Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR. 4, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO.

MAUREEN MOWBRAY,

08-20931-CIV-ALTONAGA/BROWN

Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

Defendant.
_____/

# COMPLAINT

COMES NOW the Plaintiff, MAUREEN MOWBRAY, by and through her undersigned attorney and sues the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, and alleges as follows:

1.      This is an action involving the diversity of citizenship of the parties as more fully described below and for damages in excess of $75,000. Alternatively, this case falls within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. 1333.

2.      Pursuant to a forum selection clause in the subject cruise ticket, this action must be brought in this Court.

3.      The Plaintiff, MAUREEN MOWBRAY, is an individual and resident of Coplay, Pennsylvania.

*Cassidy & Black, P.A. •8370 West Flagler Street, Suite 252, Miami, Florida 33144 •305-559-4962*

4. The Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, is a foreign corporation with its principal place of business in Miami, Florida, and is a common carrier of passengers by water for hire at all material times hereto.

5. At all times material, the Defendant owned, managed, chartered and/or operated the cruise vessel M/V CARNIVAL "MIRACLE" (hereinafter "MIRACLE").

6. On or about May 3, 2007, the Plaintiff, in consideration of the payment of a specified sum of money, boarded the "MIRACLE" for an eight day pleasure cruise.

7. On or about May 8, 2007, the Plaintiff, MAUREEN MOWBRAY, suffered severe injuries, including, but not limited to, injury to her back when she slipped and fell on a puddle of water in the vessel's beauty salon while being hurriedly led through the beauty salon by a crewmember.

## COUNT I -*Negligence*

The Plaintiff adopts and realleges the allegations in paragraphs 1 through 7 and alleges further that:

8. At all times material hereto, the Defendant owed the duty to the Plaintiff to exercise reasonable care under the circumstances for the Plaintiff's safety.

9. The Defendant breached its duty of care to the Plaintiff and was negligent by failing to maintain the floor of the vessel's beauty salon in a reasonably safe condition; by failing to warn the Plaintiff and fellow passengers of the dangerous and hazardous condition of the floor which it knew or should have known; and by having a crewmember lead the Plaintiff in a hurrying manner through a hazardous condition in

2

the area and without warning the Plaintiff of the hazardous condition, thereby causing the Plaintiff to slip and fall on the water accumulated on said floor.

10. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiff has suffered, and continues to suffer, bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a known or unknown previously existing condition. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, MAUREEN MOWBRAY, demands judgment against the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, in an amount in excess of $75,000 to be determined at trial by a jury, together with interest and costs and other relief deemed just and appropriate by this Honorable Court.

PLAINTIF DEMANDS A TRIAL BY JURY ON ALL ISSUES.

Respectfully submitted this 3rd day of April, 2008.

CASSIDY & BLACK, P.A.
Attorneys for Plaintiff
8370 W. Flagler Street, Suite 252
Miami, Florida 33144
Telephone: (305) 559-4962
Facsimile: (305) 559-2163

By _____
MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162

3

08-20931-CIV-ALTONAGA/BROWN
Case 1:08-cv-20931-CMA Document 1 Entered on FLSD Docket 04/04/2008 Page 4 of 4
FILED by IG D.C.
ELECTRONIC
APR. 4, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

`JS 44` (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requi[red] by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Cou[rt for] the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Case[s]**

## I. (a) PLAINTIFFS
MAUREEN MOWBRAY

**DEFENDANTS**
CARNIVAL CORPORATION d/b/a CARN[IVAL]

(b) County of Residence of First Listed Plaintiff **foreign**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Florida**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Michael C. Black, Esquire, CASSIDY & BLACK, P.A.
8370 W. Flagler Street, Suite 252, Miami, Florida 33144
(305) 559-4962

Attorneys (If Known)

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ✓ 4 |
| Citizen of Another State | ✓ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Dade 08 CV 20931 - Altonaga/Brown

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ✗ 360 Other Personal Injury | | | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | ☐ 865 RSI (405(g)) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| | | | | ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ✓ NO     b) Related Cases ☐ YES ✓ NO

JUDGE                              DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via **3** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
*Michael C. Black*

DATE 4/3/08

**FOR OFFICE USE ONLY**
AMOUNT 350 -   RECEIPT # 97814/   IFP